UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PEREZ and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:17-cv-00686-AWI-BAM<br><br>ORDER GRANTING JOINT STIPULATION REGARDING NON-EXPERT DISCOVERY CUTOFF AND CLASS CERTIFICATION DEADLINES<br><br>(Doc. 40) |

Pursuant to the parties' Stipulation Regarding Non-Expert Discovery and Class Certification Deadlines, and good cause appearing, the deadlines in the Preliminary Scheduling Order are extended as follows:

    Non-Expert Discovery Cutoff:                    October 18, 2019

    Class Certification Motion Filing Deadline:      November 22, 2019

    Class Certification Opposition:                    February 21, 2020

    Class Certification Reply:                          April 24, 2020

1

Class Certification Hearing:      May 8, 2020
                                  1:30 p.m. (AWI)

IT IS SO ORDERED.

Dated: __**February 8, 2019**__            __/s/ *Barbara A. McAuliffe*__
                                        UNITED STATES MAGISTRATE JUDGE