**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN PEREZ, on behalf of himself and on behalf of all other similarly situated individuals,<br>　　　　　Plaintiff,<br>v.<br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,<br>　　　　　Defendants. | Case No. 1:17-cv-00686-AWI-BAM<br><br>**Class Action**<br><br>**ORDER ON JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION REPLY DEADLINE AND HEARING** |

**ORDER TO CONTINUE CLASS CERTIFICATION REPLY AND HEARING**

Pursuant to the parties' Joint Stipulation to Continue Class Certification Reply Deadline and Hearing (Doc. No. 66), and good cause appearing, the Court GRANTS the parties' request to modify the Preliminary Scheduling Order (Doc. Nos. 32) in this case.

IT IS HEREBY ORDERED:

1. Plaintiff John Perez's deadline to file his Class Certification Reply is hereby extended to **July 24, 2020**.
2. The Class Certification Hearing is hereby continued to **August 24, 2020** at **1:30 p.m.** in Courtroom 2 before District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   **June 30, 2020**          /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE