1  HANSON BRIDGETT LLP
   SANDRA L. RAPPAPORT, SBN 172990
2  srappaport@hansonbridgett.com
   LISA M. POOLEY, SBN 168737
3  lpooley@hansonbridgett.com
   WINSTON K. HU, SBN 306677
4  whu@hansonbridgett.com
   GYMMEL TREMBLY, SBN 327236
5  gtrembly@hansonbridgett.com
   425 Market Street, 26th Floor
6  San Francisco, California 94105
   Telephone:    (415) 777-3200
7  Facsimile:    (415) 541-9366

8  Attorneys for Defendants
   LEPRINO FOODS COMPANY AND LEPRINO
9  FOODS DAIRY PRODUCTS COMPANY

10 R. REX PARRIS, SBN 96567
   rrparris@parrislawyers.com
11 KITTY K. SZETO, SBN 258136
   kszeto@parrislawyers.com
12 JOHN M. BICKFORD, SBN 280929
   jbickford@parrislawyers.com
13 RYAN A. CRIST, SBN 316653
   rcrist@parrislawyers.com
14 PARRIS LAW FIRM
   43364 10th Street West
15 Lancaster, California 93534
   Telephone:    (661) 949-2595
16 Facsimile:(661) 949-7524

17 Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JOHN PEREZ and on behalf of all other similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>LEPRINO FOODS COMPANY, a Colorado Corporation; LEPRINO FOODS DAIRY PRODUCTS COMPANY, a Colorado Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 1:17-cv-00686-AWI-BAM<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CLASS NOTICE** |

1    Plaintiff JOHN PEREZ and Defendants LEPRINO FOODS COMPANY and LEPRINO
2  FOODS DAIRY PRODUCTS COMPANY (collectively, the "Parties"), by and through their
3  counsel of record, hereby stipulate and agree as follows:
4    WHEREAS, the Court previously approved the Parties' Joint Amended Class Notice and
5  Distribution Plan (Dkt. No. 81);
6    WHEREAS, the Parties had agreed in that Class Notice and Distribution Plan that the class
7  members would have 90 days after the mailing of the Class Notice to opt out of the class;
8    WHEREAS, Francisco Ramos did not previously receive notice of the class action and an
9  opportunity to opt out;
10   WHEREAS, Mr. Ramos should receive a Class Notice and have an opportunity to opt out;
11   WHEREAS, at this juncture, sixty (60) days should be a sufficient amount of time to
12  respond to the Class Notice;
13   THEREFORE, IT IS HEREBY STIPULATED by and between the Parties that the
14  deadline for Mr. Ramos to respond to the third-party administrator, if he wants to exclude himself
15  from the class, will be sixty (60) days after the third-party administrator mails him the Class
16  Notice.
17   **IT IS SO STIPULATED.**
18
19  DATED: June 7, 2022                    HANSON BRIDGETT LLP
20
21                                         By:    */s/ Lisa M. Pooley*
22                                              LISA M. POOLEY
                                                Attorneys for Defendants
23                                              LEPRINO FOODS COMPANY AND LEPRINO
                                                FOODS DAIRY PRODUCTS COMPANY
24
25
26
27
28

18631748.1

-2-     Case No. 1:17-cv-00686-AWI-BAM
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CLASS NOTICE

DATED: June 7, 2022                                      PARRIS LAW FIRM


By:     */s/ Kitty K. Szeto*
     R. REX PARRIS
     KITTY K. SZETO
     JOHN M. BICKFORD
     RYAN A. CRIST
     Attorneys for Plaintiff and the Putative Class


**ORDER**

Based on the above stipulation, and cause appearing, the Court adopts the parties' stipulation regarding Class Notice. (Doc. 98.)  The deadline for Francisco Ramos to respond to the third-party administrator, if he wants to exclude himself from the class, will be sixty (60) days after the third-party administrator mails him the Class Notice.

IT IS SO ORDERED.

Dated:   **June 9, 2022**                        /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE